United States Eastern District Court
pg① OF East Tennessee At Knoxville

Robert Joseph Atkins
Plaintiff
V.
Steven Sword } NO: 3:23-CV-03-DCLC-JEM
Mary Ward
Hector Sanchez
Chase Terry Booker
Andrew Markham
Knox County Police Dept.
Tom Spangler
Knox County Sheriff Office
Defendants

FILED
JAN 30 2023
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

<u>Petitions Claim for Violation Of Civil Rights and Class-action</u>
Now Comes Plaintiff Robert J. Atkins filing these petitions on all individual defendants to the Courts. (1) A class-action claim against all individuals defendants for Conspiracy to violate civil rights, brought to 42 U.S.C. §1985. (2) A class-action claim against all individual Defendants for failure to prevent violation of Civil rights, brought to 42 U.S.C. §1986. (3) Class-action claim against Defendants for violating the equal-protection component of the 5th, 6th, 9th Amendment, brought pursuant to (Birens V. Six Unknown Federal Narcotics Agents, 403 U.S. 388, 91 S.Ct. 1999, 29 L. Ed. 2d 619 (1971). Respectfuly Submitted on Jan 25, 2023

Robert J. Atkins

Pg. ② 

# Certificate Of Service

I hereby certify that an accurate copy of the foregoing has been forwarded to the Eastern District Office of Clerk, Of the United States District Court for the State of Tennessee, or Assistants, by the office on the date this Petition was filed with the Court.

*[signature]*

Robert J. Atkins

Robert Atkins #527171
H.C.C.F.
2520 Union Springs Rd.
P.O. Box 549
Whiteville, TN 38075

Eastern District Of Tennessee
Office Of Clerk
United States District Court
800 Market ST., Suite 130
Knoxville, TN 37902

(Legal mail)
(Legal mail)
(Legal mail)

MEMPHIS TN 380
25 JAN 2023 PM 4 L

Hardeman County
Correctional Facility
Outgoing Legal Mail

RECEIVED
JAN 30 2023
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

37902-230939